IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HALL DATA SYNC TECHNOLOGIES LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,,<br><br>      Defendant. | NO. 2:15-cv-006-JRG (LEAD)<br><br>NO. 2:15-cv-0021-JRG |

## ORDER

The Stipulated Motion for Dismissal with Prejudice of all claims (Dkt. No. 70) brought by Plaintiff Hall Data Sync Technologies LLC against Defendant Microsoft Corporation is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Hall Data Sync Technologies LLC and Defendant Microsoft Corporation are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 18th day of May, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE